1:24-cr-00191
Judge John F. Kness
Judge Jeannice W. Appenteng
RANDOM / Cat. 3

FILED
4/15/2024
AXK
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT



# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

### DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

| Name | Issue Arrest Warrant | In Custody |
|---|---|---|
| Keith Freeman | No | No |

Is this an indictment or information arising out of offenses charged in one or more previously filed complaints involving the same parties and relating to the same subject matter? **No**

Is this an indictment or information that supersedes one or more previously filed indictments or informations? **No**

Is any defendant charged in this matter currently under supervised release in the Northern District of Illinois? **No**

Does this indictment or information charge 15 defendants or more? **No**

Does this indictment or information charge between 8-14 defendants, or charge Capital murder? **No**

What is the most several level of offense/penalty in this indictment or information?
**Other Fraud  (III)**

List of Statutes: **Title 18, United States Code, Section 157(2)**

Assistant United States Attorney(s): **SAUSA Brian P. Netols, AUSA Jason A. Julien**

Contact Person and Phone Number: **(312) 886-4156**