# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA

                         Plaintiff,

v.                                                   Case No.: 1:24–cr–00191
                                                   Honorable John F. Kness

Keith Douglas Freeman

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 24, 2024:

      MINUTE entry before the Honorable Jeannice W. Appenteng: Initial appearance and arraignment held 4/24/2024. Defendant appeared in court and was represented by counsel. The government advised defendant of the charges pending against him in the indictment. The court advised defendant of his rights. Defendant acknowledged receipt of the indictment, waived formal reading, and entered a plea of not guilty to the indictment. The government and defendant agreed to certain conditions of release. Enter Order Setting Conditions of Release. Defendant is ordered to be released after processing. Rule 16. 1(a) conference to be held by 5/6/2024. Status hearing before the assigned District Judge is set for 6/5/2024 at 10:30 a.m. Pursuant to Fed. R. Crim. P. 5(f)(1), the Court, with both the prosecutor and defense counsel present, confirmed the government's obligation to comply with its obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and ordered it to do so. Favorable evidence under Brady need have only some weight and includes both exculpatory and impeaching evidence. Failure to produce such evidence in a timely manner may result in sanctions, including, but not limited to, adverse jury instructions, dismissal of charges, and contempt proceedings. The government's unopposed oral motion to exclude time is granted for the reasons stated in open court and the time until the next status hearing before the assigned District Judge shall be excluded in the interest of justice pursuant to 18 U.S.C. §3161(h)(7)(A), (B). Mailed notice (kl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.