# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

UNITED STATES OF AMERICA

                                Plaintiff,

v.                                                                          Case No.: 1:24–cr–00191

                                                                             Honorable John F. Kness

Keith Douglas Freeman

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 18, 2025:

       MINUTE entry before the Honorable John F. Kness as to Keith Douglas Freeman: In−person status hearing held on 2/18/2025. Defendant's presence was waived at the request of Defendant's counsel. The parties report plea discussions are ongoing. An in−person status hearing is set for 4/9/2025 at 9:00 A.M. Defendant's presence is waived at the next hearing. The Government's unopposed oral motion to exclude time is granted. Time is excluded from 2/18/2025 through and including 4/9/2025 under 18 U.S.C. 3161(h)(7) to serve the ends of justice. Excluding time will allow the parties the reasonable time necessary to review the discovery materials and to continue plea negotiations. Such delay outweighs the interests of the public and the Defendants in a speedy trial. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.